IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARCUS J. PEELE, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| v. | : | |
| | : | |
| UNITED PARCEL SERVICE, INC., *et al.*, | : | |
| *Defendants* | : | No. 22-1835 |

## ORDER

AND NOW, this 16th day of March, 2023, upon consideration of Defendant United Parcel Service, Inc's Motion to Dismiss (Doc. No. 9), it is hereby **ORDERED** that United Parcel Service, Inc's motion (Doc. No. 9) is **GRANTED WITH PREJUDICE** for the reasons set forth in the accompanying memorandum.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1