# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARCUS J. PEELE,** | : | |
| *Plaintiff* | : | CIVIL ACTION |
| v. | : | |
| | : | |
| **UNITED PARCEL SERVICE INC.,** *et al.*, | : | |
| *Defendants* | : | No. 22-1835 |

## O R D E R

**AND NOW**, this 2nd day of May 2024, upon consideration of the docket in this matter, and in light of the parties' failure to respond to the Court's December 28, 2023 Status Update Order (Doc. No. 20), it is **ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute. The Clerk of Court is **INSTRUCTED** to mark this case closed for all purposes, including statistics.

BY THE COURT:

/s/ Karen Spencer Marston for Gene E.K Pratter
**GENE E.K. PRATTER**
UNITED STATES DISTRICT JUDGE

1